[redacted]

[redacted]

**Janine Perry WEBER, Plaintiff–Appellee,**

**v.**

**Melissa Sue Dancy OLIVER, Defendant–Appellant,**

**and**

**Lincoln National Life Insurance Company, d/b/a Lincoln Financial Group, Defendant.**

**No. 13–2353.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 22, 2014.

Decided: June 6, 2014.

[redacted]

Jonathan L. Stone, Norris & St. Clair P.C., Virginia Beach, Virginia, Steven G. Owen, Courthouse Law Group, Virginia Beach, Virginia, for Appellant. Samuel W. Meekins, Jr., Cartwright R. Reilly, Wol-

* *Terry v. Ohio,* 392 U.S. 1, 88 S.Ct. 1868, 20 L.Ed.2d 889 (1968).

cott Rivers & Gates, Virginia Beach, Virginia, for Appellee.

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melissa Sue Dancy Oliver appeals from the district court's judgment granting Janine Perry Weber's motion to dismiss Oliver's claims against Weber. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Weber v. Oliver,* No. 2:13–cv–00031–RGD–LRL (E.D.Va. Oct. 31, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*